**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE CHAKER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT ADAMS, an individual; Officer HERZIG, an individual; CITY OF SAN DIEGO, a government entity; and DOES 1-50, inclusive,<br><br>    Defendant. | CASE NO. 10cv2599-GPC(BGS)<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE; ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS** |

On June 25, 2015, the Court set a telephonic hearing on August 6, 2015 to assist Plaintiff in providing financial information concerning her financial status in order to determine whether Plaintiff is entitled to appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 113.) Plaintiff failed to attend the telephonic hearing or provide advance notice that she would be unable to participate. As a result, the Court issued an order to show cause hearing why Plaintiff should not be sanctioned or the case dismissed for failing to comply with the Court's order. (Dkt. No. 117.) On September 25, 2015, the Court held an order to show cause hearing. (Dkt. No. 118.) Plaintiff appeared telephonically. (Id.) Based on Plaintiff's responses, the Court DISSOLVES the order to show cause.

On August 11, 2014, Plaintiff filed a motion for appointment of counsel. (Dkt. No. 83-1.) In response, on August 15, 2014, the Court indicated that she needed to

1  submit a "motion and declaration under oath in support of motion to proceed in forma
2  pauperis" ("motion and declaration"). (Dkt. No. 84.) The Court has been requesting
3  the information requested in the motion and declaration since August 15, 2014. (Id.)
4  However, since August 15, 2014, Plaintiff has indicated that she has been unable to
5  appear in court or submit the requested financial forms due to her physical ailments.
6  (Dkt. Nos. 105, 108, 111.) In response, the Court has granted Plaintiff several
7  continuances to submit her motion and declaration. (Dkt. Nos. 106, 109, 113.)

8      On June 4, 2015, the Court issued an order to assist Plaintiff submit the financial
9  information for purposes of determining whether she is entitled to appointment of
10 counsel. (Dkt. No. 113 at 2.) In that order, Plaintiff was instructed to fill out the
11 completed "motion and declaration under oath in support of motion to proceed in forma
12 pauperis" ("motion and declaration") on or before August 4, 2015. (Dkt. No. 113 at
13 2.) If Plaintiff was unable to complete the motion and declaration, then Plaintiff was
14 directed to call the Court on August 6, 2015 for a telephonic hearing. (Id.) When
15 Plaintiff failed to appear, the Court set an order to show cause hearing. (Dkt. No. 117.)
16 On September 25, 2015, at the order to show cause hearing, Plaintiff appeared
17 telephonically and answered questions concerning her financial status. (Dkt. No. 118.)
18 Based on her response, the Court concludes that Plaintiff has demonstrated she is
19 unable to afford counsel. See 28 U.S.C. § 1915(e)(1). Accordingly, the Court
20 GRANTS Plaintiff *in forma pauperis* status.

21     IT IS SO ORDERED.

23 DATED: December 1, 2015

                                               HON. GONZALO P. CURIEL
                                                United States District Judge